Wendy M. Krincek, Esq.
Bar No. 6417
Amy L. Thompson, Esq.
Bar No. 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:     702.862.8800
Facsimile:     702.862.8811
Email:          wkrincek@littler.com
                athompson@littler.com

Attorneys for Defendant
HOTSPUR RESORTS NEVADA, LTD. dba
JW MARRIOTT LAS VEGAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELICA BATEMAN, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>HOTSPUR  RESORTS,  NEVADA,  LTD.  dba<br>JW MARRIOTT LAS VEGAS,<br><br>                    Defendant. | Case No. 2:25-cv-00178-GMN-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE**<br><br>**[FIRST REQUEST]** |

Plaintiff, ANGELICA BATEMAN ("Plaintiff"), and Defendant, HOTSPUR RESORTS NEVADA, LTD. dba JW MARRIOTT LAS VEGAS ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading to Plaintiff's Complaint from the current deadline of April 18, 2025, up to and including **May 2, 2025**.

The requested extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint. This is the first request for an extension of time to respond to Plaintiff's Complaint.

LITTLER MENDELSON, P.C.
3960 Howard Hughes
Parkway
Suite 300
Las Vegas, Nevada
89169.5937
702.862.8800

1    The Parties' request is made in good faith and not for the purpose of undue delay.

2

3    Dated: April 14, 2025                    Dated: April 14, 2025
     HATFIRLD & ASSOCIATES, LTD.              LITTLER MENDELSON, P.C.

4

5     /s/ Trevor J. Hatfield, Esq.             /s/ Amy L. Thompson, Esq.

6    Trevor J. Hatfield, Esq.                 Wendy M. Krincek, Esq.
                                              Amy L. Thompson, Esq.

7    Attorney for Plaintiff
     ANGELICA BATEMAN                         Attorneys for Defendant

8                                             HOTSPUR RESORTS NEVADA, LTD. dba
                                              JW MARRIOTT LAS VEGAS

9

10                                            **IT IS SO ORDERED.**

11

12

13                                            _____

14                                            Hon. Maximiliano D. Couvillier III
                                              United States Magistrate Judge

15                                            Date: 4/15/2025

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON,
P.C.
3960 Howard Hughes
Parkway
Suite 300
Las Vegas, Nevada
89169.5937
702.862.8800

4906-2467-3333 / 097260.1014