1 | Wendy M. Krincek, Esq.
Bar No. 6417
2 | Amy L. Thompson, Esq.
Bar No. 11907
3 | LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
4 | Suite 200
Las Vegas, Nevada 89113.4770
5 | Telephone:   702.862.8800
Facsimile:    702.862.8811
6 | Email:        wkrincek@littler.com
              athompson@littler.com
7
Attorneys for Defendant
8 | HOTSPUR RESORTS NEVADA, LTD. dba
JW MARRIOTT LAS VEGAS

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| ANGELICA BATEMAN, an individual, | Case No. 2:25-cv-00178-GMN-MDC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| HOTSPUR RESORTS, NEVADA, LTD. dba JW MARRIOTT LAS VEGAS, | |
| Defendant. | |

Plaintiff, ANGELICA BATEMAN ("Plaintiff"), and Defendant, HOTSPUR RESORTS NEVADA, LTD. dba JW MARRIOTT LAS VEGAS ("Defendant") (collectively the "Parties"), hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice.

The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this Stipulation.

Each Party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Accordingly, the Parties respectfully request the Court grant the instant Stipulation, dismiss the action with prejudice and close the case.

Dated: June 11, 2025

HATFIELD & ASSOCIATES, LTD.

/s/Trevor J. Hatfield, Esq.
Trevor J. Hatfield, Esq.

Attorney for Plaintiff
ANGELICA BATEMAN

Dated: June 11, 2025

LITTLER MENDELSON, P.C.

/s/ Amy L. Thompson, Esq.
Wendy M. Krincek, Esq.
Amy L. Thompson, Esq.

Attorneys for Defendant
HOTSPUR RESORTS NEVADA, LTD. dba
JW MARRIOTT LAS VEGAS

**IT IS SO ORDERED. IT IS FURTHER ORDERED** that all pending motions are DENIED as moot.

Dated: June 12, 2025

_____
UNITED STATES DISTRICT JUDGE

2